IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DePHILLIPO, et al.**<br><br>                    *Plaintiffs*,<br><br>     v.<br><br>**TWELFTH STREET HOTEL ASSOCIATES, L.P.**<br><br>                    *Defendant*. | CIVIL ACTION<br>No. 15-cv-03771 |

**PAPPERT, J.**                                                                                    **SEPTEMBER 15, 2016**

## ORDER

**AND NOW**, this 15th day of September, 2016, upon consideration of Defendant Twelfth Street Hotel Associates, L.P.'s ("the Hotel") Motion for Summary Judgment (ECF. No. 23), the Plaintiffs' Response in Opposition (ECF No. 24), the Hotel's Reply (ECF No. 26), and the Plaintiffs' Supplemental Memorandum of Law (ECF No. 31), it is **ORDERED** that the Motion is **GRANTED**.  Judgment is entered in favor of the Hotel.  This case is dismissed and the Clerk of Court shall close this matter.

                                                            BY THE COURT:


                                                             */s/ Gerald J. Pappert*
                                                            GERALD J. PAPPERT, J.